

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00166-CV

———————————————————

IN RE CHARLES DUSTIN MYERS, Relator

Original Proceeding
322nd District Court of Tarrant County, Texas
Trial Court No. 322-744263-23

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay proceedings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay proceedings are denied.

Per Curiam

Delivered: April 15, 2025